NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: SAWSTOP HOLDING LLC,**
*Appellant*

---

2021-2161

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/935,432.

---

**JUDGMENT**

---

DAVID FANNING, SawStop, LLC, Tualatin, OR, argued for appellant SawStop Holding LLC.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrew Hirshfeld. Also represented by KAKOLI CAPRIHAN, THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 11, 2022</u>        <u>/s/ Peter R. Marksteiner</u>
Date          Peter R. Marksteiner
              Clerk of Court